1  ADAM G. GASNER (SBN: 201234)
   Law Chambers Building
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:   415-782-6000
   Facsimile:    415-782-6011
4  E-Mail:        adam@gasnerlaw.com

5  Attorney for Defendant
   EN LIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case Number: 12-CR-0302-MAG |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING & |
| EN LIN, | [PROPOSED] ORDER. |
| Defendant. | |

THE PARTIES STIPULATE AS FOLLOWS:

The change of plea hearing in this case set for Thursday, December 8, 2016 at 8:30 a.m. may be continued to Wednesday, January 11, 2016 at 8:30 a.m. because of attorney Gasner's jury trial conflict at San Mateo County Superior Court (*People v. Carlos Taitan-Shimizu*, No. 16-SM-002297-A) on the morning of December 8, 2016.

-1-

USA v. Lin, 12-CR-0302-MAG

STIPULATION & PROPOSED ORDER
TO CONTINUE CHANGE OF PLEA HEARING

SO STIPULATED AND AGREED:

DATED: December 7, 2016

                                              /s/
                                       ADAM G. GASNER
                                       Attorney for Defendant
                                       EN LIN

DATED: December 7, 2016

                                              /s/
                                       HELEN GILBERT
                                       Attorney for Plaintiff
                                       UNITED STATES OF AMERICA

**ORDER**

IT IS HEREBY ORDERED that the change of plea hearing in this case, set for Thursday, December 8, 2016 at 8:30 a.m. shall be continued to Wednesday, January 11, 2016 at 8:30 a.m. in Courtroom D, 15th Floor, San Francisco.

DATED: December__7__, 2016

                                     HON. NANDOR J. VADAS
                                     United States Magistrate Judge

**USA v. Lin, 12-CR-0302-MAG**

**STIPULATION & P̶R̶O̶P̶O̶S̶E̶D̶ ORDER**
**TO CONTINUE CHANGE OF PLEA HEARING**